UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                            Civil No. 08-mc-10-JD

<u>Steven W. Griffin</u>

**O R D E R**

By Order to Show Cause dated March 31, 2008, defendant was ordered to appear at the U.S. District Court for the District of New Hampshire on May 19, 2008.  Defendant failed to appear.

The U.S. Marshal is ordered to serve this order in hand on Steven W. Griffin, to appear before the U.S. District Court for the District of New Hampshire, 55 Pleasant Street, Concord, New Hampshire on June 13, 2008 at 9:30 a.m. to show cause why he should not be held in contempt of court.

**SO ORDERED.**

                                                  _____
                                                James R. Muirhead
                                                United States Magistrate Judge

Date:  May 19, 2008

cc:    Seth R. Aframe, Esq.
       U.S. Marshal