# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        08-mc-10-JD

<u>Steven W. Griffin</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 13, 2008, no objection having been filed.

The taxpayer, Steven W. Griffin, is ordered to appear on August 6, 2008 at 9:00 a.m. at 1000 Elm Street, Suite 900, Manchester, New Hampshire, before Diane Saylor, to give testimony and produce all books and records in his possession or control required and called for by the terms of the IRS summons dated December 4, 2007.

     SO ORDERED.


July 9, 2008                               /s/ Joseph A. DiClerico, Jr.
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge


cc:    Seth R. Aframe, AUSA
        Steven W. Griffin, pro se